Albert Russo, Standing Chapter 13 Trustee
CN 4853
Trenton, NJ  08650
(609) 587-6888

| In re: | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
|  |  | District of New Jersey |
|  | : | Trenton Vicinage |
| Jeannine M Happe |  |  |
|  | : |  |
|  |  | CHAPTER 13 CASE NO. 14-21388 / CMG |
|  | : |  |
|  |  |  |
|  | : | Hearing Date: August 6, 2014   9:30 am |
|  |  | Honorable  Christine M. Gravelle |
| Debtor(s) | : |  |

### TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objections to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document(s):**

**Current Market Analysis  - (vacant lot)**

**Proof of 2 Month's Income  - 1099 income and updated profit and loss statment.**

**The debtor(s) must supply the Trustee with the following document(s):**

**A copy of the deed  - for all properties and proof of homeowner's insurance**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: Erik Collazo